JOSLYN et al., Respondents, v. CITY OF ROCHESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by John H. Joslyn and others against the city of Rochester and another. No opinion. Judgment affirmed, with costs, and order granting extra allowance of costs affirmed, with $10 costs.

KEATOR, Appellant, v. DALTON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Charles E. Keator against William Dalton, impleaded, and others. D. McCurdy, for appellant. K. R. Limburger, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

KEEFE, Appellant, v. BANNIN, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Daniel F. Keefe against William A. Bannin. No opinion. Judgment affirmed, with costs.

PARKER, P. J., dissents.

KELLEN v. MANGES et al. (Supreme Court, Appellate Division. First Department. November 8, 1901.) Action by Lucy V. Kellen against Morris Manges and another. No opinion. Appeal dismissed, with $10 costs.

KELLEN v. MANGES et al. (Supreme Court, Appellate Division. First Department. November 8, 1901.) Action by Lucy V. Kellen against Morris Manges and another. No opinion. Appeal dismissed, with $10 costs.

KELLER, Respondent, v. CITIZENS' WATER SUPPLY CO. OF NEWTOWN, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by John N. Keller against the Citizens' Water Supply Company of Newtown. No opinion. Judgment and order unanimously affirmed, with costs.

KENNEDY, Respondent, v. CITY OF WATERVLIET, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Ellen Kennedy, an infant, by her guardian ad litem, James Kennedy, against the city of Watervliet. No opinion. Judgment and order unanimously affirmed, with costs.

KENNEDY, Respondent, v. CITY OF WATERVLIET, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Ellen Kennedy, an infant, by her guardian ad litem, James Kennedy, against the city of Watervliet. No opinion. Motion to go to the court of appeals granted.

KENNEDY, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Catherine Kennedy against Alfred T. White. No opinion. Order affirmed, with $10 costs and disbursements.

KETCHAM, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Eliza Ketcham against John Oliver Powell and Alice Pine Powell. No opinion. Judgment affirmed, without costs.

KETCHAM, Respondent, v. SAVAGE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Josephine L. Ketcham against Henry B. Savage and Peter J. Devine. No opinion. Judgment and order affirmed, with costs.

KILEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1901.) Action by Jeremiah Kiley against the Metropolitan Street Railway Company. No opinion. Motion for stay of proceedings granted.

KING, Appellant, v. BROADWAY BUILDING CO., Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Julius King against the Broadway Building Company. G. H. Crawford, for appellant. C. V. Anable, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KING v. BROADWAY BUILDING CO. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Julius King against the Broadway Building Company. No opinion. Motion dismissed.

KNOTH, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Edward Knoth, an infant, by Conrad Knoth, Sr., his guardian ad litem, against Edward C. Smith and another. No opinion. Judgment unanimously affirmed, with costs.

KURTZ, Respondent, v. CLAUSEN, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Daniel M. Kurtz against George C. Clausen. J. Delahunty, for appellant. M. S. Guiterman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

INGRAHAM, J., dissents.

LACS, Respondent, v. JAMES EVERARD'S BREWERIES, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Jacob M. Lacs, an infant, by Samuel Lacs, his guardian ad litem, against James Everard's Breweries. No opinion. Motion granted.

LAHEY, Appellant, v. LAHEY, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Hannah Lahey against Margaret Lahey, interpleaded by the Supreme Council of the Catholic Mutual Benefit Association. No opinion. Judgment affirmed, with costs.